# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. *5:13-CR-21-MTT* |
| | : |
| v. | : 18 U.S.C. § 641 |
| | : |
| **GREGG A. PLOTT** | : **INDICTMENT** |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### (THEFT OF GOVERNMENT PROPERTY)

Beginning on or about May 25, 2012, and continuing through November 5, 2012, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### GREGG A. PLOTT

did willfully and knowingly steal and convert to his own use, and did convey without authority property of the United States, that is, military equipment to include: bayonets, M-4 magazines, trench shovels, Gerber multi tools, Flyers green gloves, and other equipment, of a total value in excess of $1,000.00, in violation of Title18, United States Code, Section 641,

A TRUE BILL.

S/_____

FOREPERSON OF THE GRAND JURY

1